**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROWENA DZIUBLA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 1:18-cv-4542** |
| v. | ) | |
| | ) | **Judge Rebecca M. Pallmeyer** |
| **J. C. ANDERSON, INC.** and | ) | |
| **PETER ERLING JACOBSEN,** | ) | **Magistrate Judge M. David Weisman** |
| | ) | |
| **Defendant.** | ) | **JURY DEMANDED** |

## MOTION TO AMEND CASE CAPTION

**NOW COMES** Plaintiff, ROWENA DZIUBLA, by and through her attorney, Sam Sedaei of the Law Offices of GOLDMAN & EHRLICH, CHTD., and as her MOTION TO AMEND CASE CAPTION, states as follows:

1. This is an action for violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, *et seq.*, and commission of civil battery under Illinois state law.

2. On June 29, 2018, Plaintiff filed her Complaint. Plaintiff's name was misspelled as "Dzibula" in multiple places in the Complaint, including the case caption. Due to this error, Plaintiff's name was also misspelled in the Northern District of Illinois's Electronic Filing System (CM/ECF).

3. On October 2, 2018, Defendants filed their Answers to the Complaint with the same aforementioned error in the case caption, although Defendant J.C. ANDERSON, INC. correctly identified the misspelling error in a footnote.

4. Having identified this error, Plaintiff moves this court to amend the case caption in the Northern District of Illinois's Electronic Filing System (CM/ECF), so that it reads "Dziubla v. J. C. Anderson, Inc. et al."

LAW OFFICES
**GOLDMAN & EHRLICH**
20 SOUTH CLARK STREET
SUITE 500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC No. 6317657

Dated: October 5, 2018*Respectfully submitted,*

 */s/ Sam Sedaei*
Sam Sedaei of the Law Offices of Goldman &
Ehrlich, Chtd., as attorneys for Plaintiff
ROWENA DZIUBLA

Arthur R. Ehrlich
Sam Sedaei
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 332-6733
Arthur@GoldmanEhrlich.com
Sam@GoldmanEhrlich.com

LAW OFFICES
**GOLDMAN & EHRLICH**
20 SOUTH CLARK STREET
SUITE 500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC No. 6317657