# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROWENA DZIUBLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:18-cv-4542 |
| | ) |
| J.C. ANDERSON, INC. and | ) |
| PETER ERLING JACOBSEN | ) |
| | ) |
| Defendant. | ) JURY DEMANDED |

## DEFENDANT PETER ERLING JACOBSEN'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, Peter Erling Jacobsen, by and through his attorneys, PRETZEL & STOUFFER, CHARTERED, and for his Motion for Summary Judgment hereby states as follows:

Defendant, Peter Erling Jacobsen, by and through his counsel of record, hereby respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1 for entry of Summary Judgment in his favor and against Plaintiff, Rowena Dziubla. Defendant shows the Court that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law.

The motion is based upon all pleadings and other papers of record in this action and is supported by Defendant Peter Erling Jacobsen's Local Rule 56-1(a) Statement of Material Facts as to Which There is No Genuine Dispute, and Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

WHEREFORE, Defendant, PETER ERLING JACOBSEN, seeks judgment as a matter of law against Plaintiff, Rowena Dziubla's Complaint at Law.

Respectfully Submitted,

PRETZEL & STOUFFER, CHARTERED

By:*/s/ Mary H. Cronin*
Mary H. Cronin /ARDC#6285991

Edward B. Ruff, III
Matthew J. Egan
Michael P. Turiello
Mary H. Cronin
PRETZEL & STOUFFER, CHARTERED
One S Wacker Drive
Suite 2500
Chicago IL 60606
312-578-7450
312-578-7432
312-578-7507
312-578-7458
312-346-8242 (Fax)
eruff@pretzelstouffer.com
megan@pretzelstouffer.com
mturiello@pretzelstouffer.com
mcronin@pretzelstouffer.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that **DEFENDANT PETER ERLING JACOBSEN'S MOTION FOR SUMMARY JUDGMENT** was filed electronically this **10th** day of **January 2020**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties that have not filed their appearances will receive this notice via regular e-mail. Parties may access this filing through the Court's electronic system.

*Counsel for Plaintiff*
Arthur R. Ehrlich
Samm Sedaei
Law Offices of Goldman & Ehrlich, Chtd.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312)332-6733
Arthur@GoldmanEhrlich.com
Sam@GoldmanEhrlich.com

*Counsel for J.C. Anderson, Inc.*
Eugene A. Boyle
Michelle T. Olson
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago IL 60601
(312)609-7500
eboyle@vedderprice.com
molson@vedderprice.com

*Counsel for Peter Erling Jacobsen*
James C. Pullos
Shannon M. McNulty
Clifford Law Offices
120 N. LaSalle, 31st Floor
Chicago, IL 60602
(312)977-4511
jcp@cliffordlaw.com
smm@cliffordlaw.com

    s/ Edward B. Ruff
Edward B. Ruff (IL Bar No. 6181332)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7450
Fax: (312) 346-8242
E-Mail: eruff@pretzel-stouffer.com
*Attorney for Peter Erling Jacobsen*