IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROWENA DZIUBLA, )
)
          Plaintiff, )
)
v. ) Case No. 1:18-cv-4542
)
J.C. ANDERSON, INC. and )
PETER ERLING JACOBSEN, )
)
          Defendants. )

## DECLARATION OF KACPER STOJOWSKI

Pursuant to 28 U.S.C. § 1746, I, Kacper Stojowski, hereby declare as follows:

1. I have personal knowledge of the matters set forth herein and I am competent to testify as to those matters.

2. On September 18, 2017, I attended "The Kev" golf outing, which is a golf fundraiser hosted by J.C. Anderson, Inc. ("JCA") in memory of former JCA Chief Financial Officer Kevin Radoha. "The Kev" was held at River Forest Country Club located in Elmhurst, Illinois, and it benefitted the family of Kevin Radoha and cancer research. I am the Owner of Aspen Commercial Painting, Inc., which helped sponsor "The Kev" in 2017.

3. During the golf outing, I was with a group of people when Peter Jacobsen drove up in a golf cart with Jim Schumacher, Co-Owner of JCA. Mr. Jacobsen was the celebrity guest at "The Kev" that year. Mr. Jacobsen introduced himself to the group and offered to show us how to hit a chip shot. Then-JCA employee Rowena Dziubla was with the group at the time. Ms. Dziubla was not playing golf that day, but she received golf instruction from Mr. Jacobsen on how to hit a chip shot.

1



EXHIBIT 6

4. I was standing approximately 15 to 20 feet away from the location where Mr. Jacobsen showed Ms. Dziubla how to hit a chip shot. I was located to the left of the green. There was nothing obstructing my view of Ms. Dziubla and Mr. Jacobsen during the golf instruction. Based on my observations, at no point in time did Mr. Jacobsen harmfully, offensively, or inappropriately touch Ms. Dziubla, nor did Mr. Jacobsen touch Ms. Dziubla's hips, waist, or buttocks.

5. At some point, I heard Mr. Jacobsen tell part of a golf joke that included reference the word "woods." I did not hear the full joke, but I did not consider it to be offensive or inappropriate at the time. Later that day, Ms. Dziubla told me that she was upset with what Mr. Jacobsen told on the golf course. I told Ms. Dziubla that I disagreed with what Ms. Dziubla heard of Mr. Jacobsen's joke, and I specifically remember telling Ms. Dziubla, "that's not what I heard." Ms. Dziubla never told me that Mr. Jacobsen touched her in a harmful or offensive manner.

6. Based on my observations, Mr. Jacobsen acted professionally and appropriately at all times that I was with him. I was surprised by Ms. Dziubla's allegation against Mr. Jacobsen, as I did not see or hear anything that I would consider to be inappropriate. No other participant at the golf outing, aside from Ms. Dziubla, commented to me that Mr. Jacobsen acted inappropriately.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of June, 2019.

*Kacper Stojowski*
Kacper Stojowski

JCA 001936