IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROWENA DZIUBLA, | ) |
| Plaintiff, | ) ) ) |
| vs | ) Case No. 1:18-cv-4542 |
| J.C. ANDERSON, INC. and PETER ERLING JACOBSEN, | ) ) ) |
| Defendants. | ) ) |

### DEFENDANT PETER ERLING JACOBSEN'S EXPERT DISCLOSURE

COMES NOW Defendant, Peter Erling Jacobsen, and pursuant to Rule 26(a)(b), Fed.R.Civ.P., makes the following disclosure to Plaintiff:

1. Rule 26(a)(2)(B) Disclosures. The following expert may be used at trial to present evidence under Rules 702, 703, or 705, of the Federal Rules of Evidence:

   a. Nancy Lopez, Professional Golfer
      4421 S.W. Parkgate, Blvd.
      Palm City, FL
      34990
      Disclosure attached pursuant to Rule 26(a)(2)(B), Fed.R.Civ.P.

2. Defendant reserves the right to call any and all expert witnesses endorsed by the Plaintiff or Co-Defendant. Defendant reserves the right to call any and all experts necessary to rebut or impeach as necessary the evidence offered by the Plaintiffs.

Respectfully Submitted,

PRETZEL & STOUFFER, CHARTERED

By: /s/ *Edward B. Ruff, III*
Edward B. Ruff, III/ARDC#6181332



EXHIBIT 8

Edward B. Ruff, III
Matthew J. Egan
Michael P. Turiello
Mary H. Cronin
PRETZEL & STOUFFER, CHARTERED
One S Wacker Drive
Suite 2500
Chicago IL 60606
312-578-7450
312-578-7432
312-578-7507
312-578-7458
312-346-8242 (Fax)
eruff@pretzelstouffer.com
megan@pretzelstouffer.com
mturiello@pretzelstouffer.com
mcronin@pretzelstouffer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant's **Expert Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)** were provided electronically this 14th day of August 2019, to all parties of record.

Parties that have not filed their appearances will receive these Answers via regular e-mail.

*Counsel for Plaintiff*
Arthur R. Ehrlich
Samm Sedaei
Law Offices of Goldman & Ehrlich, Chtd.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312)332-6733
Arthur@GoldmanEhrlich.com
Sam@GoldmanEhrlich.com

*Counsel for J.C. Anderson, Inc.*
Eugene A. Boyle
Michelle Olson
Vedder Price P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601
(312)609-7500
eboyle@vedderprice.com
colie@vedderprice.com

*Counsel for Peter Erling Jacobsen*
James C. Pullos
Shannon M. McNulty
Clifford Law Offices
120 N. LaSalle, 31st Floor
Chicago, IL 60602
(312)977-4511
jcp@cliffordlaw.com
smm@cliffordlaw.com

                                        s/ Mary H. Cronin
                                        Mary H. Cronin (IL Bar No. 6285991)
                                        Pretzel & Stouffer, Chartered
                                        One South Wacker Drive - Suite 2500
                                        Chicago, Illinois 60606
                                        Telephone:   (312) 578-7450
                                        Fax:             (312) 346-8242
                                        E-Mail: mcronin@pretzel-stouffer.com
                                        *Attorney for Peter Erling Jacobsen*

## The Expert Report of Nancy Lopez

I) <u>Opinions and Findings.</u>

After reading the depositions of the people that were present at the outing, I believe that Peter Jacobsen was doing his job as the professional guest and was entertaining and showing Ms. Dziubla the correct way to chip a shot to the green. When you are teaching you will at some time make contact with the person that you are instructing. You have to be hands-on to help someone that has hardly played golf and does not know golf terms. It is my opinion that Peter Jacobsen did not harmfully or offensively touch Rowena Dziubla when he showed her how to hit a chip shot. The manner in which Peter Jacobsen provided golf instruction to Plaintiff was consistent with how a golf instructor is supposed to provide golf instruction. I provide golf instruction and it is IMPOSSIBLE to NOT make contact with a person while providing golf instruction. When giving chipping instruction, you might touch the shoulders, back, hands and even hips to show someone how to line their body up to the target. Sometimes you even have to wrap your arms around the person, which will mean that you might be leaning into their buttocks area.

I am aware and familiar of the joke that Peter Jacobsen told on the golf course. It in no way has any sexual innuendos. It is talking about golf clubs. If you do not play golf, you might not know those golf terms. When I am teaching, I try to make that person feel more comfortable. I may tell a joke or say something funny to everyone standing around. I want that person to have fun in learning the game of golf and not be so serious. I want to grow the game every day that I teach. That is precisely what Mr. Jacobsen did to help Ms. Dziubla become at ease during the instruction he provided to her.

I have been a golfer since I was 8 years old. I was a professional for almost 30 years and still make a living as a professional golfer at corporate events, charity events, and teaching events. I still play some on the women's senior tour called the Legends Tour. Since the time I started playing golf, I received lessons only from my father and as I got older, I was always looking for good tips from professional golfers that I met along the way through my career, which included males. I learned to teach from these experts of the game. Sometimes when taught, these professionals had to touch me physically to show me the correct stance, grip and swing. Or just to adjust a position of my hands or feet or hips. I am a member of the T&CP (Teaching and Club Professionals). I have my own company called Nancy Lopez Golf Adventures. I teach with 2 other T&CP professionals. We take people that want to learn the game from all over the world and teach them what they want to learn and get better at golf. I physically have to make contact with them to show them the correct stance, hand position, and directional position of their hips and shoulders. It is very natural to do that because if they are just learning to play golf, most people do not know golf terms. You also want to make sure they do not take the club back too far and hit you, I know from experience. I show them to make a small swing you usually touch their arms and complete body, because you wrap your arms around them.

II) <u>The facts or data considered by the witness in forming them.</u>
   - The deposition testimony of Plaintiff Rowena Dziubla and attached exhibits;
   - The deposition testimony of Peter Erling Jacobsen and attached exhibits;

- The deposition testimony of Michael Power and attached exhibits;
- The deposition testimony of Michael Yazbec and attached exhibits;
- The declaration of Chad Crane;
- The declaration of Timothy Le;
- The declaration of Abby Radoha;
- The declaration of Kacper Stojowski;
- The declaration of Jim Schumacher;
- The video of Peter Jacobsen.

III) <u>Any exhibits that will be used to summarize or support them.</u>

None at this time.

IV) <u>The witness's qualifications, including a list of all publications authored in the previous 10 years.</u>

Please see the attached exhibit 1.

V) <u>A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition.</u>

None.

VI) <u>A statement of the compensation to be paid for the study and testimony in the case.</u>

I am compensated $250.00 per hour for my work as an expert.

/s/Ms. Nancy Lopez

# Nancy Lopez

Auburn, AL
UNITED STATES




## MULTIMEDIA GALLERY






## CAREER ACCOLADES

- Winner of 48 LPGA tournaments
- 3-time major champion – Women's PGA Championship (1978, 1985, 1989)
- Winner of 52 events globally
- University of Tulsa
  - First Team All-American (1976, 1977)
  - Female Athlete of the Year 1977
  - Turned professional in 1977 (end of sophomore year)
- World Golf Hall of Fame inductee (1987)
- LPGA Rookie of the Year (1978)
- LPGA Tour Money Winner (1978, 1979, 1985)
- LPGA Tour Player of the Year (1978, 1979, 1985, 1988)
- LPGA Tour Vare Trophy (1978, 1979, 1985)
- GWAA Female Player of the Year (1978, 1979, 1985)
- Associated Press Female Athlete of the Year (1978, 1985)
- LPGA William and Mousie Powelll Award (1987)
- Flo Hyman Memorial Aware (1982)
- USGA Bob Jones Award (1998)
- Old Tom Morris Award (2000)
- Memorial Tournament honoree (2011)
- Won the New Mexico state amateur championship at age 12
- Won 2 US Girls Junior Amateur Championships (1972, 1974)

For more information, please contact Jeff Stacy at Milestone Sports Management
(216) 630-0615
jeff.stacy@msmgolf.com