**To:** Boyle, Eugene A.[EBoyle@ngelaw.com]
**From:** Michael J. Power
**Sent:** Tue 9/19/2017 9:15:29 PM (UTC-05:00)
**Subject:** JCA "Kev" notes
2017 Dziubla notes.docx

Gene,

Attached are my notes. Please review and let me know if you have any questions.

I did receive a follow up email from Ro agreeing to meet me tomorrow morning at 10am offsite. I will send you a recap of the meeting when I return to the office.

Thanks,
Mike

**Michael J. Power**
Chief Financial Officer
mjpower@jcandersoninc.com
Direct: (630) 607.6530 | Cell: (630) 484.6960

**J.C. ANDERSON, INC.**

**J.C. Anderson, Inc.** | www.jcandersoninc.com
Headquarters | 834 North Church Road | Elmhurst, IL 60126
Chicago Office | 120 South LaSalle Street | Chicago, IL 60603



JCA 001894

Ex. C-12

**Notes regarding Rowena Dziubla reported incident on 9/18/2017:**

- At 7:36pm on 9/18/2017 Rowena sent an email to Jim Schumacher with Michael Yazbec, Steven Boulukos, Michael Power and Greg Garland cc'd. The text of her email follows:

I cannot even begin to express the disappointment and humiliation I experienced at tonight's Kev with your guest of honor Peter Jacobsen.

I am more appalled that you stood there and said/did nothing. Not sure if that was because, you thought nothing was wrong with what he did or if you were as taken back as I was when it happened. I really hope it was the latter.

**Demonstrating to a female how to play golf DOES NOT require you to press your groin into her backside and tell her that's "when you take (his) wood out".**

I should have said something immediately when it happened and put him in his place then, but I was in such shock that I was literally at a loss for words.

Then hearing he donated $10,000 to the Kev tonight made me question…is that why you didn't say anything? Would you have let something like this happen to one of your family members if it was the same circumstances? At their expense?!

I am truly disgusted.

- The alleged incident took place, 9/18/2017, near the 2nd green of River Forest Country Club in Bensenville, IL. Ro had joined up with a group of golfers which included Kacper Stojowski of Aspen Decorating along with Tim Le and Adam Scheitel, both from JCA.
Also present were Jim Schumacher, Chad Crane and Abby Radoha.

- At 11:59am on 9/19/2017 Rowena sent another email stating she filed a claim with the EEOC. That email message was:

I've filed a claim with the EEOC. I'm beyond upset at the situation and your lack of response.
I cried all the way home last night and my hands have not stopped shaking.
I sent Greg a text earlier this morning letting him know I would be working from home today but that's not going to happen in my condition. I will be taking PTO for the remainder of the work day.

- At 1:19pm and 1:22pm Ro sent the same email message to Kacper and Joe Maguire, that message read:
- 

I wanted to let you know that I filed a complaint with the EEOC and listed you as a point of contact to what happened yesterday since you've known the Shumackers the longest between me and Timmy. The email I sent Jim and the rest of the guys last night telling them about the misconduct performed by their guest of honor still respains to be responded to.

EEOC has this email and your phone number on record.

'ro'

773.849.4990

JCA 001895

**Dziubla notes continued:**

- At 1:52pm on 9/19/2017 myself (Michael Power), Michael Yazbec and Steven Boulukos spoke, via phone, with Kacper Stojowski of Aspen Decorating for his accounts of the interaction between his group and Peter Jacobsen. Kacper made the following statements:
    - Ro had recently joined up with their group again, she was driving her own golf cart.
    - Peter was showing/teaching member of the group how to hit chip shots.
    - Peter stood behind Ro but did not do anything that appeared inappropriate.
    - Peter did make a comment about iron and woods but Kacper does not remember the exact comment.
    - Kacper admitting he was drinking a little throughout the round and was "Buzzing" a little but still does not feel he saw Peter do anything wrong.
    - Ro was also drinking during the day but she never seemed intoxicated.
    - After Peter's comment about wood/woods Ro did seem a bit upset and she looked over to Jim, but she said nothing at that time.
    - After Peter and Jim drove off she made numerous comments that she was upset with Peter's interaction with her and she felt it was inappropriate.
    - Kacper thought Ro was more upset with the words spoken than the physical act of helping her with her swing. Kacper does not feel he witnessed any inappropriate physical contact.
- At approximately 2:15pm on 9/19/2017 Michael Yazbec and I met with Adam Scheitel, a JCA employee, for his account of the interaction between his group and Peter Jacobsen. Adam made the following comments:
    - Peter was helping all members of the group including Ro.
    - He does not remember the exact comment made but it was something about woods or take 'em to woods.
    - He stood behind Ro when helping her, but did not appear to be doing anything inappropriate.
    - Ro did not seem to have any objection to the physical lesson, she was bothered by Peter's words.
    - She was vocally upset and repeated she felt Peter was inappropriate after they had driven away from their group.
    - Adam does not feel he witnessed any inappropriate behavior, but he did admit he can see how she might have taken the "wood" comment the wrong way.
- At approximately 2:35pm on 9/19/2017 Michael Yazbec and I met with Tim Le, a JCA employee, for his account of the interaction between his group and Peter Jacobsen. Adam made the following comments:
    - Peter was helping Ro and made some comment along the lines of "start with irons then go to woods" or "take out woods."
    - When done with the group Peter gave all the guys handshakes and gave Ro a hug. Ro looked uncomfortable that he gave her a hug.
    - After Peter drove away Ro said she couldn't believe that just happened.
    - Tim did not feel anything was inappropriate at the time and considered it more of "locker room banter."

JCA 001896

- After Ro expressed her feelings Tim could see where she would be bothered by the locker room banter.

**Dziubla notes continued:**

- At 3:15pm on 9/19/2017 myself (Michael Power), Michael Yazbec and Steven Boulukos spoke, via phone, with Joe Maguire, a JCA employee who Ro saw at the conclusion of golf on 9/18/2017. Joe saw Ro at approximate 5:15pm near the bag drop of RFCC. Joe made the following statements on his brief interaction with Ro:
    - Ro told Joe she was upset that Peter Jacobsen made some very offensive comment about wood/woods.
    - Joe said Ro did not appear to be visibly shaken, just disappointed with the comment made.
    - Joe doesn't remember saying much in return, he shrugged his shoulders and laughed it off as a non-issue.

- Abby Radoha was present all day and acting as photographer for the outing. She is a 21-year-old female, college Sr at the University of Illinois Champaign Urbana. Abby is also the daughter of Kevin Radoha, who was the President and CFO of JCA prior to his passing away in 2012. The golf outing is a fund raiser benefitting the Radoha Family fund and cancer research. Abby spent significant time with Peter Jacobsen throughout the day. At 5:45pm on 9/19/2017 I spoke with her, via phone, to get her comments on the day, time spent with Peter and what she saw when Peter was with Ro's group. Abby's comments were as follows:
    - Overall Abby felt Peter was super friendly and a very nice guy. The most genuine celebrity figure to be at the Kev in its five years.
    - Peter was very friendly and helpful with all groups.
    - Peter was making jokes and wise cracks all day with the groups, Abby never felt anything was inappropriate.
    - When they pulled up to Ro's group Peter first helped the three guys who were golfing and Ro also seemed interested and wanted to learn too.
    - Peter was helping Ro in the same manner he interacted with other females at the outing. He did make a comment about irons and woods but Abby felt it was simple golf humor.
    - Abby did not feel anything inappropriate happened with Ro's group or any other group throughout the day.

- Chad Crane, a PGA golf professional, who helped organize the outing was also in attendance for the entire outing. Chad was driving around the course all day along with Jim Schumacher and Peter Jacobsen visiting each group. At approximately 6:10pm on 9/19/2017, I spoke with Chad for his comments on the day. Chad's comments were as follows:
    - Chad observed Peter with Ro's group but did not hear his comments.
    - Chad, as a golf professional, did not feel Peter did anything inappropriate all day long.
    - Chad observed Peter with other female participants of the outing and felt Peter treated them all the same.
    - Chad said everything Peter did was professional all day email to Jim.

- Late in the afternoon on 9/19/2017 Ro sent emails and text messages to Kacper, Tim Le and Joe Maguire asking for them to give statements to her attorney.

JCA 001897