**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROWENA DZIUBLA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 1:18-cv-4542 |
| | ) | |
| **J.C. ANDERSON, INC.** and | ) | |
| **PETER ERLING JACOBSEN** | ) | |
| | ) | |
| Defendant. | ) | **JURY DEMANDED** |

**JOINT STATUS REPORT PURSUANT TO THIRD AMENDED GENERAL
ORDER 20-0012 DATED APRIL 24, 2020**

Plaintiff, Rowena Dziubla, and Defendants, J.C. Anderson, Inc. and Peter Erling Jacobsen, submit the following Joint Status Report pursuant to the Court's Third Amended General Order 20-0012 dated April 24, 2020:

(a)     The parties have completed discovery.

(b)     Defendant, Peter Erling Jacobsen, filed a Motion for Summary Judgment on January 10, 2020. Defendant's Motion for Summary Judgment is fully briefed.

(c)     The parties have previously conducted settlement discussions. The parties have not reached a settlement.

(d)     There is no action to be taken within the next 45 days pending the Court's ruling on Defendant's Motion for Summary Judgment.

(e)     There is no need for an agreed proposed revised discovery schedule or dispositive motion schedule as discovery and dispositive motions have been completed.

(f)     The only pending motion before the Court is Defendant's Motion for Summary Judgment, which may be decided without a hearing.

(g) A telephonic hearing with the judge is not necessary.

Date: May 14, 2020

                                                              Respectfully submitted,

PETER ERLING JACOBSEN

By: */s/ Mary H. Cronin*
One of His Attorneys

One of His Attorneys
Edward B. Ruff, III
Matthew J. Egan
Michael P. Turiello
Mary H. Cronin
PRETZEL & STOUFFER, CHARTERED
One S Wacker Drive, Suite 2500
Chicago IL 60606
312-578-7450
312-578-7432
312-578-7507
312-578-7458
312-346-8242 (Fax)
eruff@pretzelstouffer.com
megan@pretzelstouffer.com
mturiello@pretzelstouffer.com
mcronin@pretzelstouffer.com


ROWENA DZIUBLA

By: */s/ Sam Sedaei*
One of Her Attorneys

Arthur R. Ehrlich
Sam Sedaei
LAW OFFICES OF GOLDMAN & EHRLICH, CHTD.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312)332-6733
Arthur@GoldmanEhrlich.com
Sam@GoldmanEhrlich.com

J.C. ANDERSON, INC.


By: */s/ Eugene Boyle*
One of Its Attorneys

Eugene A. Boyle
Michelle Olson
VEDDER PRICE, P.C.
222 N. LaSalle Street, Suite 2600
Chicago IL 60601
(312)609-7500
eboyle@vedderprice.com
molson@vedderprice.com